≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** ATF

**City** Chelsea                **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   20-mj-5185-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Alexander Simmons         Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name** "Ace Boogie"

**Address** (City & State)

Birth date (Yr only): 1989   SSN (last4#): 4627   Sex M   Race: ____   Nationality: ____

**Defense Counsel if known:** _____         Address _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Michael J. Crowley         Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  South Bay HOC  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/13/2020         Signature of AUSA: *Michael J. Crowley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alexander Simmons

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of a controlled substance with intent to distribute | |
| Set 3 | 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____