UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>ALEXANDER SIMMONS       )<br>) | 1:20-mj-05185 |

## MOTION TO FILE EXHIBITS UNDER SEAL

Now comes the Defendant and moves this Honorable Court for leave to file exhibits to his motion for release under seal. Defendant states that the contents of the exhibit contain highly sensitive medical information that should not be subjected to public review. Pursuant to Local Rule 7.2, Defendant further moves that this order remain in effect until further order of this court.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer,
   B.B.O.: 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA   02210
Tel: 617-223-8061

## Certificate of Service

I, Scott Lauer, hereby certify that this document was this day filed via ECF. Copies of the proposed exhibits have been provided to Assistant U.S. Attorney Michael Crowley and U.S. Probation Officer Jennifer Dailey via electronic mail.

Date: January 11, 2021                             */s/ Scott Lauer*
                                                   Scott Lauer