

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Douglas P. Woodlock<br>U.S. District Judge |
| **From:** | Jake McNulty<br>U.S. Probation Officer |
| **Re:** | Simmons, Alexander<br>**Docket #: 1:21-CR—10114-001-DPW**<br>**Request to Suspend Vocational Training Condition** |
| **Date:** | November 20, 2024 |

The purpose of this memorandum is to request that a special condition of supervised release imposed by the Court be suspended. Mr. Simmons appeared before Your Honor on October 26, 2021, for sentencing. He had previously plead guilty to One Count of Possession with the Intent to Distribute Fentanyl, in violation of Title 21, U.S.C. §841(a)(1) and One Count of Felon in Possession of a Firearm, in violation of Title 18, U.S.C. §922(g)(1.) He was sentenced to 78 months' custody followed by 3 years of supervised release. The Court imposed special conditions including the following:

**The defendant shall participate in a vocational training program as directed by the Probation Office. Such program may include job readiness training and/or skills development.**

Mr. Simmons has suffered from a severe connective tissue disease for approximately 16 years. This disease has a significant impact in his feet and hands, which has restricted his ability to work. Mr. Simmons reports being on Social Security Disability in the past and is working on getting it reactivated now that he is out of custody. Given Mr. Simmons' physical restrictions, it appears he would not benefit from vocational training at this time. Probation would respectfully request Mr. Simmons vocational condition be suspended at this time. The Court will be promptly notified if Mr. Simmons' circumstances change.

Reviewed & Approved

*/s/ Amanda J. Pawlowski*
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

__X__  I concur

____  I do not concur


  */s/ Douglas P. Woodlock*
Honorable Douglas P. Woodlock
U.S. District Judge


Date:  *November 22, 2024*