Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Alexander Simmons | **Case Number:** 0101 1:21CR10114-001-DPW |
| **Name of Sentencing Judicial Officer:** | Honorable Douglas P. Woodlock, Senior U.S. District Judge |
| **Name of Judicial Officer** | Honorable Allison D. Burroughs, U.S. District Judge |
| **Date of Original Sentence:** | 10/26/2021 |
| **Original Offense:** | Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) |
| **Original Sentence:** | 78 months of custody followed by 36 months of supervised release |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 4/15/2024 |
| **Asst. U.S. Attorney:** Michael Crowley | **Defense Attorney:** Scott Lauer |

### PETITIONING THE COURT

☒   To amend the 12C filed with the Court on November 27, 2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Mandatory Condition #1:** You must not commit another federal, state or local crime. |

On November 26, 2024, the U.S. Probation Office received notification from Lynn Police Department that Mr. Simmons has been named the main suspect in the assault and stabbing of his girlfriend. The Lynn Police Department obtained a warrant for Mr. Simmons for the following charges:

- Assault and Battery with a Dangerous Weapon (Firearm)
- Assault and Battery with a Dangerous Weapon (Knife) Two Counts
- Domestic Assault and Battery Family Household Member

On November 28, 2024, Mr. Simmons turned himself in on the warrant for the charges noted.

1

On January 7, 2025, Mr. Simmons was arraigned in Lynn District Court and charged with 3 counts of Assault and Battery with a Deadly Weapon, and 1 count of Assault and Battery on Family/Household Member. The Lynn District Court Docket No. is 2413CR004428A-D, and he is scheduled to appear on that matter on May 12, 2025. He remains in custody as of this writing.

Evidence in support of this violation includes Lynn Police Department Incident Report #24081705 and officer testimony.

II. **Violation of Mandatory Condition #2: You must not unlawfully possess a controlled substance.**

As outlined in Violation III, Mr Simmons was in possession of a Schedule D substance, Marijuana.

Evidence in support of this violation includes local lab results and officer testimony.

III. **Violation of Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.**

On August 29, 2024, and October 23, 2024, Mr. Simmons provided urinalyses that returned positive for Marijuana. Mr. Simmons admitted to use of that substance.

Evidence in support of this violation includes local lab results and officer testimony.

IV. **Violation of Special Condition #16: You must participate in a substance abuse treatment program and follow the rules of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)**

On July 29, 2024, Mr. Simmons was referred for a substance abuse assessment at The Counseling and Psychotherapy Center, Inc. "CPC." He was scheduled to complete that assessment on August 18, 2024, at 3:00pm.

On August 19, 2024, this writer was notified by CPC of Mr. Simmons failure to attend that assessment, and when contacted, he advised he was not coming in for the assessment due to financial constraints surrounding transportation.

Evidence in support of this violation is in the email correspondence from CPC on August 19, 2024, and officer testimony.

V. **<u>Violation of Standard Condition #1 0:</u> You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or taser.)**

As outlined in Violation I Mr. Simmons had access to a knife.

Evidence in support of this violation includes Lynn Police Department Incident Report #24081 705 and officer testimony.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved by:

*/s/ Amanda J. Pawlowski*
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

Respectfully submitted,

*/s/ Jake McNulty*
Jake McNulty
U.S. Probation Officer
Date: 05/07/2025

**THE COURT ORDERS**

- ☐ To amend the 12C filed with the Court on November 27, 2024.
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Allison D. Burroughs
U.S. District Judge

Date

3